**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

2025    4749

JUL 22 2025
Superior Court of the
District of Columbia

Case No. _____

**COMPLAINT**

Jurisdiction of this Court is founded on D.C. Code § 11-921.

Charles Kevin Walker
**PLAINTIFF**

vs

Christopher James Payette
**DEFENDANT**

1725 Lincoln Rd NE
Address (No Post Office Boxes)

_____
Address (No Post Office Boxes)

Washington    DC    20002
City    State    Zip Code

Washington    DC    _____
City    State    Zip Code

803-862-9449
Telephone Number

_____
Telephone Number

Charles Kevin Walker
*Email Address (optional)*

_____
*Email Address (optional)*

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

The Physicians I have listed in this complaint have commited malpractice against me. I went to the VA as a homeless veteran after being kidnapped for 17 months, in Washington DC, 50 Irving St NW is where the Physicians comited malpractice by not diagnosing me with the condition that I have. These physician with the Exception of John Edmund Lather, Kept misdiagnosing me, and saying they don't see what I have been diagnosed with by another Hospital. John is guilty of misdiagnosis in my medical record.

2. What relief are you requesting from the Court? Include any request for money damages.

I am requesting any relief from the Court that the Court sees necessary, including money for pain and suffering, And money due to them not allowing me access to treatment which is covered under my health care plan with them.

3. State any other information, of which the Court should be aware:

The malpractice committed by these physicians is criminal and occured between the time period of June 2025 to July 2025, I am suing them and I need that to lead to their arrests because my condition can kill patients and that is a group of people trying too.

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

**SIGNATURE**

07/22/25
**DATE**

Subscribed and sworn to before me this ___23ᵃᵈ___ day of ___July___ 20_25_.

(Notary Public/Deputy Clerk)

2

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

2025 4749

Charles Kevin Walker
Plaintiff(s)

Case Number: _____

vs

Date: _07/22/25_

Christopher James Payette
Defendant(s)

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* Charles Kevin Walker | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:          DC Bar No.: 803-862-9449 | ☑ Self (Pro Se) |
| | ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury          ☐ 6 Person Jury          ☐ 12 Person Jury
Demand: $_____                              Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.:_____          Judge: _____          Calendar #:_____

Case No.:_____          Judge: _____          Calendar #:_____

---

NATURE OF SUIT:          *(Check One Box Only)*

**CONTRACT**

☐ Breach of Contract
☐ Breach of Warranty
☐ Condo/Homeowner Assn. Fees
☐ Contract Enforcement
☐ Negotiable Instrument

**COLLECTION/INS. SUB**

☐ Debt Collection
☐ Insurance Subrogation
☐ Motion/Application for Judgment by Confession
☐ Motion/Application Regarding Arbitration Award

**EMPLOYMENT DISPUTE**

☐ Breach of Contract
☐ Discrimination
☐ Wage Claim
☐ Whistle Blower
☐ Wrongful Termination

**REAL PROPERTY**

☐ Condo/Homeowner Assn. Foreclosure          ☐ Ejectment          ☐ Other
☐ Declaratory Judgment          ☐ Eminent Domain          ☐ Quiet Title
☐ Drug Related Nuisance Abatement          ☐ Interpleader          ☐ Specific Performance

☐ **FRIENDLY SUIT**
☐ **HOUSING CODE REGULATIONS**
☐ **QUI TAM**
☐ **STRUCTURED SETTLEMENTS**

**ADMINISTRATIVE PROCEEDINGS**

☐ Administrative Search Warrant
☐ App. for Entry of Jgt. Defaulted Compensation Benefits
☐ Enter Administrative Order as Judgment
☐ Libel of Information
☐ Master Meter
☐ Petition Other

☐ Release Mechanics Lien
☐ Request for Subpoena

**MALPRACTICE**

☑ Medical – Other
☐ Wrongful Death

**AGENCY APPEAL**

☐ Dangerous Animal Determination
☐ DCPS Residency Appeal
☐ Merit Personnel Act (OEA)
☐ Merit Personnel Act (OHR)
☐ Other Agency Appeal

☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT**

CV-496/February 2023

# Information Sheet, Continued

| CIVIL ASSET FORFEITURE | TORT |
|---|---|
| ☐ Currency | ☐ Abuse of Process |
| ☐ Other | ☐ Assault/Battery |
| ☐ Real Property | ☐ Conversion |
| ☐ Vehicle | ☐ False Arrest/Malicious Prosecution |
| **NAME CHANGE/VITAL RECORD AMENDMENT** | ☐ Libel/Slander/Defamation |
| ☐ Birth Certificate Amendment | ☐ Personal Injury |
| ☐ Death Certificate Amendment | ☐ Toxic Mass |
| ☐ Gender Amendment | ☐ Wrongful Death (Non-Medical Malpractice) |
| ☐ Name Change | |

| GENERAL CIVIL | | STATUTORY CLAIM |
|---|---|---|
| ☐ Accounting | ☐ Product Liability | ☐ Anti – SLAPP |
| ☐ Deceit (Misrepresentation) | ☐ Request for Liquidation | ☐ Consumer Protection Act |
| ☐ Fraud | ☐ Writ of Replevin | ☐ Exploitation of Vulnerable Adult |
| ☐ Invasion of Privacy | ☐ Wrongful Eviction | ☐ Freedom of Information Act (FOIA) |
| ☐ Lead Paint | **CIVIL I/COMPLEX CIVIL** | ☐ Other |
| ☐ Legal Malpractice | ☐ Asbestos | **TAX SALE FORECLOSURE** |
| ☐ Motion/Application Regarding Arbitration Award | **MORTGAGE FORECLOSURE** | ☐ Tax Sale Annual |
| ☐ Other - General Civil | ☐ Non-Residential | ☐ Tax Sale Bid Off |
| | ☐ Residential | |

| VEHICLE | ☐ **TRAFFIC ADJUDICATION APPEAL** |
|---|---|
| ☐ Personal Injury | |
| ☐ Property Damage | ☐ **REQUEST FOR FOREIGN JUDGMENT** |

Filer/Attorney's Signature

07/22/25

Date

CV-496/February 2023



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

_Charles Kevin Walker_
_____
Plaintiff

vs.

2025  4749

Case Number _____

_Marie Bolivar-Cano_
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

Name of Plaintiff's Attorney

_1725 Lincoln RD NE_

Address
_Washington , DC , 20002_

_803 - 862 - 9449_

Telephone

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828로 전화주십시오.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828    ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                    Demandante

                    contra
                                                    Número de Caso:  _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                            *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por:  _____

_____
Dirección                                                    Subsecretario

_____

                                    Fecha  _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction        Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면(202) 879-4828 로 전화하십시오        የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                            Vea al dorso el original en inglés
                            See reverse side for English original

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
Telephone: (202) 879-1133 Website: www.dccourts.gov

Charles Kevin Walker
_____
Plaintiff

vs.

2025    4749

Case Number _____

Koosha N. Adham
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Name of Plaintiff's Attorney

1725 Lincoln Rd NE
Address
Washington, DC, 20002

803-862-9999
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bản dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202)879-4828로 전화주십시오.    የአማርኛ ትርጉም ለማግኘት (202) 879-4828    ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**Sección de Acciones Civiles**
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
**Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov**

_____
                                    Demandante

contra

                                    Número de Caso:  _____

_____
                                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                    Por:  _____
_____
Dirección                                           Subsecretario

_____
                                    Fecha  _____
Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면(202)879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

                    Vea al dorso el original en inglés
                    See reverse side for English original



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
**500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001**
**Telephone: (202) 879-1133 Website: www.dccourts.gov**

Charles Kevin Walker
_____
                                    Plaintiff

                    vs.                                     2025    4749
                                                  Case Number _____

Adam Joseph Rotenberg
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Name of Plaintiff's Attorney                           *Clerk of the Court*

1725 Lincoln Road NE                          By _____
Address                                                      Deputy Clerk
Washington, DC 20007

803 - 862 - 9449                              Date _____
Telephone
如需翻译,请打电话 (202) 879-4828   Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시요.   የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____

Demandante

contra

Número de Caso: _____

_____

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección                                        Subsecretario

_____

Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Dể có một bài dịch, hảy gọi (202) 879-4828

번역을 원하시면(202) 879-4828 로 전화해 주십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828  ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedirayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

## **ADDENDUM TO COMPLAINT**

2025 4749

CASE NO._____

### **ADDITIONAL PARTY NAMES AND ADDRESSES**

John
Christopher Edmund Lafluer
☐ PLAINTIF          ☑ DEFENDANT

900 23rd St NW
Address (No Post Office Boxes)

Washington DC     20002
City            State         Zip

200-372-342
Telephone Number

_____
Email Address (Optional)


Lauras.Biger
☐ PLAINTIFF          ☑ DEFENDANT

50 Irving Nw
Address (No Post Office Boxes)

Washington DC     20422
City            State         Zip

202-745-8000
Telephone Number

_____
Email Address (Optional)


Nia E. James
☐ PLAINTIF          ☑ DEFENDANT

2041 Georgia Ave NW
Address (No Post Office Boxes)

Washington DC     20060
City            State         Zip

202-865-6100
Telephone Number

_____
Email Address (Optional)


Patricia J. Abbott
☐ PLAINTIFF          ☑ DEFENDANT

6054 Saint Moritz Dr.
Address (No Post Office Boxes)

Temple Hills MD     20748
City            State         Zip

301-630-8866
Telephone Number

_____
Email Address (Optional)

## **ADDENDUM TO COMPLAINT**

CASE NO. _____

### **ADDITIONAL PARTY NAMES AND ADDRESSES**

Pavan Kumar Nootheti
☐ PLAINTIF   ☑ DEFENDANT

4700 Berwyn Hause Rd Ste 108
Address (No Post Office Boxes)

College Park MD    20740
City    State    Zip

301 - 345 - 4579
Telephone Number

_____
Email Address (Optional)


Mary Diazz Malberger
☐ PLAINTIFF   ☑ DEFENDANT

6163 Executive blvd.
Address (No Post Office Boxes)

Rockville MD    20852
City    State    Zip

855 - 314 - 1424
Telephone Number

_____
Email Address (Optional)


Stacy Grum Koss
☐ PLAINTIF   ☑ DEFENDANT

8901 Wisconsin Ave
Address (No Post Office Boxes)

Bethesda MD    20889
City    State    Zip

301 - 319 - 4769
Telephone Number

_____
Email Address (Optional)


Dr. Amy Carol Weintrob
☐ PLAINTIFF   ☑ DEFENDANT

50 Irving St NW
Address (No Post Office Boxes)

Washington DC    20422
City    State    Zip

202 - 745 - 8000
Telephone Number

_____
Email Address (Optional)

```
-------------------------------------------------------------------
MEDICAL RECORD -  Check your record              Progress Notes
-------------------------------------------------------------------
```

NOTE DATED: 06/08/2025 11:10
LOCAL TITLE: EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 06/08/2025 09:30 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.

YOUR DIAGNOSIS TODAY: Concerned about penile lesion

YOUR VISIT TODAY SHOWED: Same

    LABS: Sexually transmitted disease labs are pending none of them are
available at the time of discharge you should follow-up results in the online
portal or you may get them if you go to mental health which is a walk-in
clinic you may access tomorrow morning at 8 AM


WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT: You were evaluated in the
ED by ED healthcare providers. You complained of penile lesions: this
appears to be a manifestation in part of your underlying mental health
problems for which you are not taking medications. You were evaluated by
psychiatry who offered you admission but you declined. You may benefit from
getting psychoactive medications to help control your symptoms. Additionally
test results for sexually transmitted diseases which seem extremely unlikely
since you deny having sexual exposures within the timeframe that would make
them likely. You should return for worsening symptoms: Increased swelling
pain discharge malaise collapse altered mental status, suicidal ideation,
homicidal ideation, dangerous thoughts or delusions or hallucinations.

*[handwritten annotation:]* — False! Don't forget t/ tell the Doctor
Malpractice from John, I have no mental Health Issues!

PATIENT INSTRUCTIONS

Patient Education

Open reading mode
Common Sexually Transmitted Infections
Copyright ? 1998-2016 by the American Academy of Family Physicians.
Last revised: November 22, 2016.

View full size
Common Sexually Transmitted Infections
Pubic lice (crabs)
Symptoms: Women and men may have redness and itching around the genitals.

Treatment: Medicine, such as over-the-counter lotions or shampoos (some brand
names: Nix, Rid) can kill the lice. Prescription shampoos, lotions or pills
are also available to treat pubic lice if over-the-counter medicine doesn't
work. However, lice can come back if clothes, sheets and towels aren't
washed. Usually both partners need to be treated for pubic lice.

Trichomoniasis
Symptoms: Women can have a heavy, greenish-yellow frothy discharge and pain
when urinating or while having sex. In girls, trichomoniasis can also cause
redness, itching and a burning feeling in the genital area. Men may also have
burning with urination or ejaculation.

Treatment: Antibiotics. Usually both partners need to be treated.

Clamydia
Symptoms: Women may have no symptoms or may have pain when urinating, itching
around the vagina, yellow fluid (discharge) from the vagina, bleeding between
periods or pain in the lower abdomen. Men may have a burning sensation when
urinating and a milky colored discharge from the penis. If not treated,
chlamydia can cause infertility and other problems in women and painful
swelling of the scrotum in men.

Treatment: Antibiotics. Usually both partners should be treated.

            ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------
WALKER,CHARLES KEVIN     WASHINGTON VA MEDICAL CENTER  Printed:06/08/2025 11:14
                         Pt Loc: OUTPATIENT                      Vice SF 509
-------------------------------------------------------------------

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
------------------------------------------------------------------------
```
06/08/2025 11:10    ** CONTINUED FROM PREVIOUS PAGE **

Syphilis
Symptoms:An early symptom is a red, painless sore, called a chancre (say: shang-ker). The sore can be on the penis, vagina, rectum, tongue or throat. The glands near the sore may be swollen. After a few months, both men and women can get a fever, sore throat, headache or pain in their joints. Another symptom is a scaly rash on the palms of the hands or the bottom of the feet. The sores and other symptoms go away, but this does not mean that the infection is gone. Syphilis can cause serious health problems if it's not treated.

Treatment:Antibiotics. If one partner is infected, the other should be tested.

HIV/AIDS
Symptoms:HIV (human immunodeficiency virus) causes AIDS. HIV makes the body's immune system weak so it can't fight disease. Symptoms may take years to develop, and can include infections, feeling tired for no reason, and night sweats.

Treatment:Medicines can treat symptoms but can't cure AIDS. If one partner is infected, the other should be checked by a doctor.

Herpes
Symptoms:Women and men may have tingling, pain or itching around the vagina or penis. Small blisters can form in these areas and then break open. When they break open, the sores can cause a burning feeling. It may hurt to urinate. Some people have swollen glands, fever and body aches. The sores and other symptoms go away, but this does not mean that the infection is gone. The sores and blisters can come back (called an "outbreak").

Treatment:Medicine can treat symptoms but can't cure herpes. If one partner is infected, the other should by checked by a doctor.

Gonorrhea
Symptoms:Women may have no symptoms or may have white, green, yellow or bloody discharge from the vagina, pain when urinating, bleeding between periods, heavy bleeding during a period or a fever. Both women and men can get sore throats if they've had mouth to penis or vagina contact (oral sex). Men may have thick, yellow discharge from the penis and pain when urinating. The opening of the penis may be sore. Gonorrhea can cause serious health problems if it's not treated.

Treatment:Antibiotics. Usually both partners should be treated.

HPV  /Genital Warts
Symptoms:HPV (human papillomavirus) can cause warts in or around the vagina, penis or rectum. In women, the warts can be inside the body on the cervix or vagina so you can't see them. Or they may be on the outside of the body, but may be too small to see. The warts usually don't hurt. There are many types of HPV. Depending on the type, HPV may not cause any symptoms.

Treatment:No medicine cures HPV. A doctor can remove external warts. Warts on the cervix or in the vagina can cause changes that may lead to cervical cancer. Doctors will watch these changes. If one partner is infected with HPV, the other should be checked by a doctor.

Some types of HPV can be prevented. There is a vaccine that can prevent 4 different types of HPV in young women. This vaccine targets the types of HPV that cause up to 70% of all cases of cervical cancer and about 90% of all cases of genital warts. The Centers for Disease Control and Prevention's (CDC) Advisory Committee on Immunization Practices (ACIP) recommends that girls between the ages of 11 and 12 receive the vaccine. The vaccine is also approved for boys and girls and men and women between the ages of 9 years and 26 years.

Patient Education

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
------------------------------------------------------------------------
WALKER,CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER  Printed:06/08/2025 11:14
               B           Pt Loc: OUTPATIENT                    Vice SF 509
------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                               Progress Notes
-------------------------------------------------------------------------------
06/08/2025 11:10    ** CONTINUED FROM PREVIOUS PAGE **
```

Open reading mode
Managing Schizophrenia
Elsevier Patient Education ? 2025 Elsevier Inc..
Last revised: March 3. 2025.

If you have been diagnosed with schizophrenia. you may be relieved to know
why you have felt or behaved a certain way. Still. you may have questions
about the treatment ahead. how to get the support you need. and how to deal
with the condition day-to-day. With care and support. you can learn to manage
your symptoms and live with schizophrenia.

How to manage lifestyle changes
Managing stress
A person writing in a diary.
 View full size
Stress is your body's reaction to life changes and events. both good and bad.
For people with schizophrenia. stress can be a trigger. This means that
stress can cause more severe symptoms to start. Therefore. it is important to
learn ways to deal with stress. Your health care provider may suggest
techniques. such as:
Meditation. muscle relaxation. and breathing exercises.

Music. This can include creating music or listening to music.

Life skills training. This training is focused on work. self-care. money.
house management. and social skills.

Other things you can do to manage stress include:
Keeping a stress diary. This can help you learn about your triggers. and how
you can control your response to those triggers.

Exercising. Even a short daily walk can help.

Getting enough sleep.

Making a schedule to manage your time. Knowing what you will do from day to
day helps you avoid feeling overwhelmed by tasks and deadlines.

Spending time on things that help you relax. such as your favorite hobbies.

Medicines
Antipsychotic medicines are usually prescribed to help manage this condition.
Make sure you:
Talk with your pharmacist or health care provider about all medicines that
you take. the possible side effects. and which medicines are safe to take
together.

Make it your goal to take part in all treatment decisions (shared decision-
making). Ask about possible side effects of medicines that your health care
provider recommends. and tell him or her how you feel about having those side
effects. It is best if shared decision-making with your health care provider
is part of your treatment plan.

Relationships
Having the support of your family and friends can play a major role in the
success of your treatment. The following steps can help you maintain healthy
relationships:
Think about going to couples therapy. family therapy. or family education
classes.

Create a written plan for your treatment. and include close family members
and friends in the process.

Consider bringing your partner or another family member or friend to the
appointments you have with your health care provider.

How to recognize changes in your condition
If you find that your condition is getting worse. talk to your health care
                ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------------------
WALKER,CHARLES KEVIN      WASHINGTON VA MEDICAL CENTER  Printed:06/08/2025 11:14
                                  Pt Loc: OUTPATIENT                 Vice SF 509
-------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
------------------------------------------------------------------------
06/08/2025 11:10     ** CONTINUED FROM PREVIOUS PAGE **
```

provider right away. Watch for these signs:
You hear, see, and taste things that others do not (hallucinate).

You cannot set aside persistent, unusual thoughts or beliefs, no matter what
others may believe.

Your speech becomes unclear.

You withdraw from friends and family members.

You have racing thoughts and have trouble thinking clearly or staying
focused.

*You have* poor personal hygiene, weight gain or weight loss, or changes in how
you are sleeping or eating.

Follow these instructions at home:
Take over-the-counter and prescription medicines only as told by your health
care provider. Do not start new medicines or stop taking medicines before you
ask your health care provider if it is safe to make those changes.

Avoid caffeine, alcohol, and drugs. They can affect how your medicines work
and can make your symptoms worse.

Eat a healthy diet.

Look for support groups in your area so you can meet other people with your
condition. You will learn different methods that others have used to manage
schizophrenia.

Keep all follow-up visits. This is important. Follow-up visits include visits
to therapists and counselors.

Where to find support
Talking to others
Reach out to trusted friends or family members, explain your condition, and
let them know that you are working with a health care team.

Consider giving educational materials to friends and family.

If you are having trouble telling your friends and family about your
condition, keep in mind that honest and open communication can make these
conversations easier.

Finances
Check with your insurance carrier to find out what treatment options are
covered by your plan. You may also be able to find financial assistance
through not-for-profit organizations or local government resources.

You may be able to get the generic form of medicines that you take. Generic
medicines are less expensive than brand-name medicines. Some makers of
prescription medicines also offer help to patients who cannot afford the
medicines that they need.

Therapy and support groups
Find a counselor or therapist who is familiar with schizophrenia. Meet with
your counselor or therapist once a week or more often if needed.

Find support programs for people with schizophrenia.

Where to find more information
National Alliance on Mental Illness: nami.org

Contact a health care provider if:
You are not able to take your medicines as prescribed.

Your symptoms get worse.

```
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
WALKER,CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER  Printed:06/08/2025 11:14
                      8    Pt Loc: OUTPATIENT                    Vice SF 509
------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
--------------------------------------------------------------------------
06/08/2025 11:10    ** CONTINUED FROM PREVIOUS PAGE **
```

Get help right away if:
You have thoughts about hurting yourself or others.

Get help right away if you feel like you may hurt yourself or others, or have thoughts about taking your own life. Go to your nearest emergency room or: Call 911.

Call the National Suicide Prevention Lifeline at 1-800-273-8255 or 988. This is open 24 hours a day.

Text the Crisis Text Line at 741741.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.


[X] Please note that today you received an emergency evaluation for emergency medical issues. This does not replace a full evaluation with your primary care provider (the doctor, physician assistant, or nurse practitioner who takes care of your day-to-day health). It is important that you follow up:

**If you are assigned to a PACT TEAM, your initial follow-up will be a telephone call from your PACT team's nurse within one (1) week of your emergency department visit. If you have not heard from your PACT team within 1 week, call (202) 745-8247 to speak with advice line to help you schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact your non-VA primary care provider to schedule a follow-up visit within two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary care provider, call (202) 745-8577 TODAY to schedule a visit with the Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day (1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at any time, even though you were seen by an emergency provider and found to be safe to go home today. Should you feel worse or ill at any time, or if you have any concerns, please call 911 or return immediately to the emergency department. Specifically, you should come back if you experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face, arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------------------
WALKER,CHARLES KEVIN      WASHINGTON VA MEDICAL CENTER  Printed:06/08/2025 11:14
█████████████████████           Loc: OUTPATIENT                     Vice SF 509
--------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Notes
-------------------------------------------------------------------------------
06/08/2025 11:10     ** CONTINUED FROM PREVIOUS PAGE **
```

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge
instructions. The instructions were also verbally reviewed with the
patient and/or caretaker who verbalized understanding of these
instructions.

IMPORTANT NUMBERS/INFORMATION:

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202)
745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202)
745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
   [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
   [b] DIAL 988 AND PRESS 1
   [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
   [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL).
TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM
AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING
FOR MYHEALTHEVET. REGISTER AT:
https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON
MYHEALTHEVET, YOU CAN ALSO:
    -REFILL YOUR VA PRESCRIPTIONS
    -KEEP TRACK OF UPCOMING APPOINTMENTS
    -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
    -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
   [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
   [b] call the Claims Status Line: 1 (877) 881-7618

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT
A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE
USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION,
EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
   [a] Telephone Number: (844)-72HRVHA (844-724-7842)
   [b] Email: VHAEmergencyNotification@va.gov
   [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

                  Signed by: /es/ JOHN EDMOND LAFLEUR
                             PHYSICIAN
                             06/08/2025 11:14

```
-------------------------------------------------------------------------------
WALKER,CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER  Printed:06/08/2025 11:14
2▓▓▓▓▓▓▓▓▓▓             Pt Loc: OUTPATIENT                      Vice SF 509
-------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 07/01/2025 16:06                                  Justin Smith
LOCAL TITLE: EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE                           Anaya Gary
VISIT: 07/01/2025 14:57 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.                    Find James address
```

YOUR DIAGNOSIS TODAY:
Encounter for health care services            *fraud - malpractice*

Today, we did not note any genital warts. You have not been sexually active
since 2022, per your statement. We will place an infectious disease outpatient
consult on your behalf for evaluation only. You declined further laboratory
testing since it has been performed multiple times during the month of June
2025.

PENDING Outpatient Meds     *— why the prescription? ID they thought I have*
5 CONDOM LATEX LUBRICATED   Qty: 12    *nothing & I didn't ask for that prescrip*
USE AS DIRECTED AS DIRECTED AS DIRECTED ON PACKAGE  *of condoms!*

YOUR VISIT TODAY SHOWED:

    LABS:  none

    IMAGES:  none

WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT:

    PROCEDURES PERFORMED TODAY:  none

    MEDICATIONS GIVEN TODAY:  none

**Test Results and What They Mean**

**Your Recent Test Results for the month of June 2025 regarding sexual
transmitted disease evaluation and testing.

1. **Chlamydia (CT) and Gonorrhea (NG) Tests:**
   - **Result:** Not Detected
   - **What This Means:** You do not have chlamydia or gonorrhea, which are
common sexually transmitted infections (STIs).

2. **HIV Test:**
   - **Result:** Nonreactive
   - **What This Means:** You do not have HIV, the virus that can lead to
AIDS.

3. **Syphilis Test:**
   - **Result:** Nonreactive
   - **What This Means:** You do not have syphilis, another type of STI.

**What Should You Do Next?**

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER   Printed:07/01/2025 16:18
                                 Pt Loc: OUTPATIENT               Vice SF 509
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
07/01/2025 16:06    ** CONTINUED FROM PREVIOUS PAGE **
```

- **Stay Informed:** It's great that your tests came back negative. Continue
to practice safe habits to protect yourself from STIs in the future.
- **Regular Check-Ups:** Keep up with regular health check-ups and screenings
as recommended by your healthcare provider.
- **Safe Practices:** Use protection, like condoms, during sexual activity to
reduce the risk of STIs.
- **Communicate:** Talk openly with your partner(s) about STIs and testing.

**When to Contact Your Doctor:**

- If you have any symptoms or concerns about STIs, reach out to your
healthcare provider.
- If you have questions about your test results or need more information,
don't hesitate to ask your doctor.

Remember, taking care of your sexual health is important, and regular testing
is a good way to stay healthy and informed.

Based on our evaluation, we did not find any critical illnesses that require
admission to the hospital or surgery today.

Please note that today, in the emergency department, you received an emergency
medical evaluation and examination for time-sensitive emergency medical
conditions.  This is not a comprehensive medical evaluation AND DOES NOT REPLACE
A PRIMARY CARE VISIT WITH YOUR USUAL PHYSICIAN (or the relevant specialty clinic
evaluation).

Follow up with your primary care provider this week for ONGOING EVALUATION AND
MANAGEMENT of important medical conditions.

If your symptoms worsen or have not improved such as, not limited to, fever,
chills, fatigue, malaise, appetite changes, chest pain, nausea, vomiting,
shortness of breath, worsening cough, severe headache, confusion, feeling like
you are going to pass out, seizures, numbness, tingling, weakness, dizziness,
lightheadedness, abnormal bleeding, difficulty with walking, inability to walk,
slurring of speech, difficulty speaking, arm weakness, leg weakness, worsening
symptoms of your diagnosis(es) above or any other concerns, you should call 911
or return to the nearest emergency department.

```
================================================================================
================================================================================
```

Note: If you received any sedating medications, muscle relaxers, or
narcotic medications today, please follow these instructions after your
Emergency Department visit:
**Do not stay alone for 24 hours, because the sedating effects may last
up to 24 hours. Someone should drive you home from the Emergency
Department.
**Do not operate machinery or perform heavy lifting, exercise, or sports
for 24 hours.
```
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN     WASHINGTON VA MEDICAL CENTER  Printed:07/01/2025 16:18
                    ████    B    Pt Loc: OUTPATIENT              Vice SF 509
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------------
MEDICAL RECORD  |                                          Progress| Notes
------------------------------------------------------------------------------
07/01/2025 16:06    ** CONTINUED FROM PREVIOUS PAGE **          |    |
```

**Do not drink any alcoholic beverages for 24 hours.
**Do not make important personal or business decisions or sign any legal
documents for 24 hours.
If you are not sure if you received a sedating medication today, please
ask your physician or nurse before leaving.

PATIENT INSTRUCTIONS (follow instructions only if marked):

[X] Please note that today you received an emergency evaluation for
emergency medical issues. This does not replace a full evaluation with
your primary care provider (the doctor, physician assistant, or nurse
practitioner who takes care of your day-to-day health). It is important
that you follow up:

**If you are assigned to a PACT TEAM, your initial follow-up will be a
telephone call from your PACT team's nurse within one (1) week of your
emergency department visit. If you have not heard from your PACT team
within 1 week, call (202) 745-8247 to speak with advice line to help you
schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact
your non-VA primary care provider to schedule a follow-up visit within
two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary
care provider, call (202) 745-8577 TODAY to schedule a visit with the
Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day
(1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider
within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss
the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at
any time, even though you were seen by an emergency provider and found to
be safe to go home today. Should you feel worse or ill at any time, or
if you have any concerns, please call 911 or return immediately to the
emergency department. Specifically, you should come back if you
experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
            ** THIS NOTE CONTINUED ON NEXT PAGE **
```
------------------------------------------------------------------------------
WALKER,CHARLES KEVIN     WASHINGTON VA MEDICAL CENTER  Printed:07/01/2025 16:18
                              Pt Loc: OUTPATIENT                  Vice SF 509
------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                    '            Progress Notes
--------------------------------------------------------------------------------
07/01/2025 16:06    ** CONTINUED FROM PREVIOUS PAGE **

    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face,arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge
instructions. The instructions were also verbally reviewed with the
patient and/or caretaker who verbalized understanding of these
instructions.

IMPORTANT NUMBERS/INFORMATION:

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202)
745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202)
745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
  [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
  [b] DIAL 988 AND PRESS 1
  [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
  [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL).
TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM
AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING
FOR MYHEALTHEVET. REGISTER AT:
https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON
MYHEALTHEVET, YOU CAN ALSO:
    -REFILL YOUR VA PRESCRIPTIONS
    -KEEP TRACK OF UPCOMING APPOINTMENTS
    -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
    -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
  [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
  [b] call the Claims Status Line: 1 (877) 881-7618

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER  Printed:07/01/2025 16:18
                            Pt Loc: OUTPATIENT                      Vice SF 509
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
07/01/2025 16:06     ** CONTINUED FROM PREVIOUS PAGE **

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT
A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE
USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION,
EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
   [a] Telephone Number: (844)-72HRVHA (844-724-7842)
   [b] Email: VHAEmergencyNotification@va.gov
   [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

               Signed by: /es/ MARIE BOLIVAR-CANO, DNP, ACNP-BC, CEN
                              NURSE PRACTITIONER, EMERGENCY MEDICINE
                              07/01/2025 16:18
```

```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER  Printed:07/01/2025 16:18
                               Pt Loc: OUTPATIENT                     Vice SF 509
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 07/04/2025 08:14
LOCAL TITLE: EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 07/04/2025 08:02 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.

YOUR DIAGNOSIS TODAY: Administrative exam

YOUR VISIT TODAY SHOWED:

     LABS:

     IMAGES:

     OTHER:

WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT:

     PROCEDURES PERFORMED TODAY:

     MEDICATIONS GIVEN TODAY:
```

/ Fraud

```
You arrived to the emergency department requesting an exam.  I completed exam.
The abnormalities around the head of your penis are called pearly penile
papules.  These are not normal.  You requested a referral to urology to discuss
pain in the tip your penis.  I placed a referral.  You do not want additional
testing today.  He requested a referral to urology.  I placed a referral.

Be sure to schedule a follow up appointment within 2 weeks of today's emergency
department visit with your primary care physician for ongoing evaluation and
management of important medical conditions. Any ED visit comes with a degree of
uncertainty and follow up with PCP is always
needed. To schedule an appointment with your VA Primary Care Physician or to set
up an appointment with a new Primary Care
Physician at the VA, call 202-745-8577.



RETURN PRECAUTIONS
In addition to any specific return precautions discussed above, there are some
general guidelines for when it is appropriate to
return to the emergency department.  You should call 911 or return immediately
to the emergency department if you experience:
-Fevers over 101 F that does not improve with Tylenol
-Severe headache and/or confusion
-Chest pain
-Difficulty breathing
-Inability to walk
-Vomiting to the point where you cannot keep down any liquids
-Feeling like you will pass out
-Seizures
-Blood pressure greater than 180 over 110 (if you measure it at home)
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER  Printed:07/04/2025 08:50
                                Pt Loc: OUTPATIENT                     Vice SF 509
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
07/04/2025 08:14    ** CONTINUED FROM PREVIOUS PAGE **
```

-or any other concerns that lead you to want or need an evaluation for emergency
medical issues.

Note: If you received any sedating medications, muscle relaxers, or
narcotic medications today, please follow these instructions after your
Emergency Department visit:
**Do not stay alone for 24 hours, because the sedating effects may last
up to 24 hours. Someone should drive you home from the Emergency
Department.
**Do not operate machinery or perform heavy lifting, exercise, or sports
for 24 hours.
**Do not drink any alcoholic beverages for 24 hours.
**Do not make important personal or business decisions or sign any legal
documents for 24 hours.
If you are not sure if you received a sedating medication today, please
ask your physician or nurse before leaving.

PATIENT INSTRUCTIONS (follow instructions only if marked):

[X] Please note that today you received an emergency evaluation for
emergency medical issues. This does not replace a full evaluation with
your primary care provider (the doctor, physician assistant, or nurse
practitioner who takes care of your day-to-day health). It is important
that you follow up:

**If you are assigned to a PACT TEAM, your initial follow-up will be a
telephone call from your PACT team's nurse within one (1) week of your
emergency department visit. If you have not heard from your PACT team
within 1 week, call (202) 745-8247 to speak with advice line to help you
schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact
your non-VA primary care provider to schedule a follow-up visit within
two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary
care provider, call (202) 745-8577 TODAY to schedule a visit with the
Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day
(1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider
within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN      WASHINGTON VA MEDICAL CENTER  Printed:07/04/2025 08:50
█████████████             Pt Loc: OUTPATIENT                     Vice SF 509
--------------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                             Progress Notes
------------------------------------------------------------------------
```

07/04/2025 08:14     ** CONTINUED FROM PREVIOUS PAGE **

the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at
any time, even though you were seen by an emergency provider and found to
be safe to go home today. Should you feel worse or ill at any time, or
if you have any concerns, please call 911 or return immediately to the
emergency department. Specifically, you should come back if you
experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face,arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge
instructions. The instructions were also verbally reviewed with the
patient and/or caretaker who verbalized understanding of these
instructions.

IMPORTANT NUMBERS/INFORMATION:

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202)
745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202)
745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
    [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
    [b] DIAL 988 AND PRESS 1
    [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
    [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL).
TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM
AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING
FOR MYHEALTHEVET. REGISTER AT:
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
------------------------------------------------------------------------
WALKER,CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER  Printed:07/04/2025 08:50
                              Pt Loc: OUTPATIENT                      Vice SF 509
------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
07/04/2025 08:14     ** CONTINUED FROM PREVIOUS PAGE **
```

https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON
MYHEALTHEVET, YOU CAN ALSO:
    -REFILL YOUR VA PRESCRIPTIONS
    -KEEP TRACK OF UPCOMING APPOINTMENTS
    -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
    -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
  [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
  [b] call the Claims Status Line: 1 (877) 881-7618

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT
A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE
USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION,
EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
  [a] Telephone Number: (844)-72HRVHA (844-724-7842)
  [b] Email: VHAEmergencyNotification@va.gov
  [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

               Signed by: /es/ KOOSHA N. ADHAM NP
                       NURSE PRACTITIONER EMERGENCY DEPARTMENT
                       07/04/2025 08:50

```
-----------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Notes
-----------------------------------------------------------------------------
NOTE DATED: 07/05/2025 08:55
LOCAL TITLE: EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 07/05/2025 08:33 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.
```

YOUR DIAGNOSIS TODAY: PENILE PAPULES          — Fraud — malpractice

You were seen in the emergency department for symptoms related to your recently
diagnosed penile papules. While you were here we discussed that you should
follow these up with Urology in clinic.

Seek medical attention for:
- Pain
- Discharge
- Other new or concerning symptoms

YOUR VISIT TODAY SHOWED:

     LABS:

     IMAGES:

     OTHER:

WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT:

     PROCEDURES PERFORMED TODAY:

     MEDICATIONS GIVEN TODAY:

Note: If you received any sedating medications, muscle relaxers, or
narcotic medications today, please follow these instructions after your
Emergency Department visit:
**Do not stay alone for 24 hours, because the sedating effects may last
up to 24 hours. Someone should drive you home from the Emergency
Department.
**Do not operate machinery or perform heavy lifting, exercise, or sports
for 24 hours.
**Do not drink any alcoholic beverages for 24 hours.
**Do not make important personal or business decisions or sign any legal
documents for 24 hours.
If you are not sure if you received a sedating medication today, please
ask your physician or nurse before leaving.

PATIENT INSTRUCTIONS (follow instructions only if marked):

[X] Please note that today you received an emergency evaluation for
emergency medical issues. This does not replace a full evaluation with
your primary care provider (the doctor, physician assistant, or nurse
practitioner who takes care of your day-to-day health). It is important
that you follow up:
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------------------
WALKER,CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER   Printed:07/05/2025 09:00
████████████████████            Pt Loc: OUTPATIENT                 Vice SF 509
-----------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
07/05/2025 08:55    ** CONTINUED FROM PREVIOUS PAGE **
```

**If you are assigned to a PACT TEAM, your initial follow-up will be a
telephone call from your PACT team's nurse within one (1) week of your
emergency department visit. If you have not heard from your PACT team
within 1 week, call (202) 745-8247 to speak with advice line to help you
schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact
your non-VA primary care provider to schedule a follow-up visit within
two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary
care provider, call (202) 745-8577 TODAY to schedule a visit with the
Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day
(1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider
within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss
the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at
any time, even though you were seen by an emergency provider and found to
be safe to go home today. Should you feel worse or ill at any time, or
if you have any concerns, please call 911 or return immediately to the
emergency department. Specifically, you should come back if you
experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face,arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL`CENTER  Printed:07/05/2025 09:00
███████████████████             Pt Loc: OUTPATIENT                 Vice SF 509
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Notes
--------------------------------------------------------------------------------
07/05/2025 08:55     ** CONTINUED FROM PREVIOUS PAGE **
```

instructions. The instructions were also verbally reviewed with the patient and/or caretaker who verbalized understanding of these instructions.

IMPORTANT NUMBERS/INFORMATION:

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202) 745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202) 745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
  [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
  [b] DIAL 988 AND PRESS 1
  [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
  [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL). TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING FOR MYHEALTHEVET. REGISTER AT: https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON MYHEALTHEVET, YOU CAN ALSO:
     -REFILL YOUR VA PRESCRIPTIONS
     -KEEP TRACK OF UPCOMING APPOINTMENTS
     -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
     -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
  [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
  [b] call the Claims Status Line: 1 (877) 881-7618

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION, EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
  [a] Telephone Number: (844)-72HRVHA (844-724-7842)
  [b] Email: VHAEmergencyNotification@va.gov
  [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

                  Signed by: /es/ CHRISTOPHER JAMES PAYETTE, MD
                             PHYSICIAN EMERGENCY DEPARTMENT
                             07/05/2025 08:57

```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN      WASHINGTON VA MEDICAL CENTER   Printed:07/05/2025 09:00
                              Pt Loc: OUTPATIENT                    Vice SF 509
--------------------------------------------------------------------------------
```

```
-----------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Notes
-----------------------------------------------------------------------------
NOTE DATED: 07/09/2025 20:26
LOCAL TITLE: EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 07/09/2025 18:45 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.
```

YOUR DIAGNOSIS TODAY:Pearly Penile Papules

YOUR VISIT TODAY SHOWED:

    LABS:

    IMAGES:

    OTHER:                   / *Fraud*

WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT: I discussed your care with
you today including your visit to dermatology and your previous visit today to
the emergency department.  Dermatology diagnosed you with pearly penile papules,
which are not the same as genital warts.  They made a referral for you to be
seen by infectious disease.  I offered a reexamination in the ED however you
declined this examination.  Pearly penile papules are a benign condition and in
general do not require topical or specific treatment.  There are however
procedures that can be used to remove them.  Please make an appointment with
infectious disease.  Please return to the ER for any new or worsening symptoms.

    PROCEDURES PERFORMED TODAY:

    MEDICATIONS GIVEN TODAY:

Note: If you received any sedating medications, muscle relaxers, or
narcotic medications today, please follow these instructions after your
Emergency Department visit:
\*\*Do not stay alone for 24 hours, because the sedating effects may last
up to 24 hours. Someone should drive you home from the Emergency
Department.
\*\*Do not operate machinery or perform heavy lifting, exercise, or sports
for 24 hours.
\*\*Do not drink any alcoholic beverages for 24 hours.
\*\*Do not make important personal or business decisions or sign any legal
documents for 24 hours.
If you are not sure if you received a sedating medication today, please
ask your physician or nurse before leaving.

PATIENT INSTRUCTIONS (follow instructions only if marked):

[X] Please note that today you received an emergency evaluation for
emergency medical issues. This does not replace a full evaluation with
your primary care provider (the doctor, physician assistant, or nurse
practitioner who takes care of your day-to-day health). It is important
that you follow up:

           \*\* THIS NOTE CONTINUED ON NEXT PAGE \*\*

```
-----------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER  Printed:07/09/2025 20:38
                               Pt Loc: OUTPATIENT                    Vice SF 509
-----------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
07/09/2025 20:26     ** CONTINUED FROM PREVIOUS PAGE **
```

**If you are assigned to a PACT TEAM, your initial follow-up will be a
telephone call from your PACT team's nurse within one (1) week of your
emergency department visit. If you have not heard from your PACT team
within 1 week, call (202) 745-8247 to speak with advice line to help you
schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact
your non-VA primary care provider to schedule a follow-up visit within
two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary
care provider, call (202) 745-8577 TODAY to schedule a visit with the
Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day
(1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider
within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss
the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at
any time, even though you were seen by an emergency provider and found to
be safe to go home today. Should you feel worse or ill at any time, or
if you have any concerns, please call 911 or return immediately to the
emergency department. Specifically, you should come back if you
experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face,arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge
instructions. The instructions were also verbally reviewed with the
                ** THIS NOTE CONTINUED ON NEXT PAGE **
```
------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER  Printed:07/09/2025 20:38
███████████████████████  B        Pt Loc: OUTPATIENT                   Vice SF 509
------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
07/09/2025 20:26    ** CONTINUED FROM PREVIOUS PAGE **
```

patient and/or caretaker who verbalized understanding of these
instructions.

IMPORTANT NUMBERS/INFORMATION:

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202)
745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202)
745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
   [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
   [b] DIAL 988 AND PRESS 1
   [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
   [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL).
TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM
AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING
FOR MYHEALTHEVET. REGISTER AT:
https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON
MYHEALTHEVET, YOU CAN ALSO:
   -REFILL YOUR VA PRESCRIPTIONS
   -KEEP TRACK OF UPCOMING APPOINTMENTS
   -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
   -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
   [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
   [b] call the Claims Status Line: 1 (877) 881-7618

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT
A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE
USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION,
EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
   [a] Telephone Number: (844)-72HRVHA (844-724-7842)
   [b] Email: VHAEmergencyNotification@va.gov
   [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

                  Signed by: /es/ ADAM JOSEPH RUTENBERG
                             PHYSICIAN
                             07/09/2025 20:37


-------------------------------------------------------------------------------
WALKER,CHARLES KEVIN          WASHINGTON VA MEDICAL CENTER  Printed:07/09/2025 20:38
▬▬▬▬▬▬▬▬▬▬▬▬▬▬           Pt Loc: OUTPATIENT                 Vice SF 509
-------------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
    MEDICAL RECORD            |        CONSULTATION SHEET
-------------------------------------------------------------------------------
WALKER,CHARLES KEVIN                    NSC
XX███████████████████████              NSC VETERAN
===============================================================================
PROVISIONAL DIAG: Viral Wart, unspecified(ICD-10-CM B07.9)
-------------------------------------------------------------------------------
REQUESTED BY:                    |PLACE:               |URGENCY:
SEIGEL,STEVEN K                  |Consultant's choice  |Routine
ATTENDING PHYSICIAN              |                     |
(Pager: 202-516-3466)            |SERVICE RENDERED AS: |CLINICALLY IND. DATE:
(Phone: 202-745-8445)            |Outpatient           |Jul 08, 2025
-------------------------------------------------------------------------------
```

                    CONSULTATION NOTE #71678766


 LOCAL TITLE: CONSULT DERMATOLOGY OUTPT
 STANDARD TITLE: DERMATOLOGY CONSULT
 DATE OF NOTE: JUL 09, 2025@09:12     ENTRY DATE: JUL 09, 2025@09:12:55
      AUTHOR: JAMES,NIA E          EXP COSIGNER: BOGER,LAURA
      URGENCY:                          STATUS: COMPLETED

    *** CONSULT DERMATOLOGY OUTPT Has ADDENDA ***

Chief Complaint: warts on genitals on hands    *[handwritten: The VA prescribed the Anti-fungus and it made my condition worse!]*
                                               *[handwritten: , misdiagnosis]*
History of Present Illness:
WALKER,CHARLES KEVIN is a 36-year-old MALE who presents as a new consultation
for genital warts. States he first noticed warts on his penis in 2022, and he
went to the ER where he was prescribed an antifungal, however his symptoms did
not resolve. He recently noticed a new outbreak that started yesterday. He also
reports new warts on the b/l hands that started 4 days ago. Denies pain,
itching, penile discharge.

Problem List/Medical History:
  Abnormal behaviour (Sct 25786006)
  Strange behavior (Sct 25786006)

Active Outpatient Medications (including Supplies):

CLOTRIMAZOLE 1% TOP CREAM APPLY SPARINGLY TO AFFECTED AREA        ACTIVE
  TWICE A DAY
Indication: FOR FUNGAL INFECTION OF SKIN
CONDOM LATEX LUBRICATED USE AS DIRECTED AS DIRECTED AS            ACTIVE
  DIRECTED ON PACKAGE
Indication: FOR PROTECTION


Allergies/ADR: Patient has answered NKA

Surgical History: No prior skin surgeries/Prior skin surgeries: ---.

Family History: --- history of skin cancer.

Social History: --- sun block.

Review of Systems:
===============================================================================
                            Page 2 of 4
```

```
-------------------------------------------------------------------
    MEDICAL RECORD              |     CONSULTATION SHEET
-------------------------------------------------------------------
WALKER,CHARLES KEVIN                    NSC
                                        NSC VETERAN
1725 LINCOLN ROAD NE
WASHINGTON   DISTRICT OF COLUMBIA   20002 Phone: (803) 862-9449 Cell: (803)
862-9449
-------------------------------------------------------------------
Consult Request: Consult
                                          |Consult No.: 5959264
-------------------------------------------------------------------
To: DERMATOLOGY CONSULT OUTPT
    From: DC/PACT ORANGE FIVE MD         |Requested: 07/08/2025 11:14 am
-------------------------------------------------------------------
Requesting Facility: WASHINGTON VA MEDICAL
===================================================================
Current Primary Care Provider: SEIGEL,STEVEN K
    Current Primary Care Team: DC ORANGE PACT 05
```

REASON FOR REQUEST: (Complaints and findings)
Dermatology Clinic Consult Guidelines
All patients should be examined before referral:

This consult addresses a: New condition

Chief Complaint: warts genital and on hands

Skin History:
 History of skin cancer: None, Basal Cell Carcinoma, Squamous Cell
Carcinoma, Malignant Melanoma
 Family history of melanoma: None
 Any prior skin disorder(s): No
 New medication or supplement started recently? No
 Is patient immunosuppressed? No
 Other significant history, laboratory findings, if applicable: No


Problem A (may include identical or related conditions at multiple
locations)
 Locations: warts on hands, glans penis
 How long ago did this problem begin? 2022
 Symptoms: Pain
 Any recent changes? Elevation
 Prior treatment? No
 Prior biopsy? No

```
===================================================================
AUTHOR & TITLE:
                                         |
                                         |DATE:
-------------------------------------------------------------------
ID #:_____|ORGANIZATION:WASHINGTON VA MED  |REG #:_____  |LOC: DC/PACT ORA
-------------------------------------------------------------------
                        Page 1 of 4
```

*Patricia J Abbot,*

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
```

NOTE DATED: 07/09/2025 11:12
LOCAL TITLE: EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 07/09/2025 10:26 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.

YOUR DIAGNOSIS TODAY: <u>Genital Warts</u>  - *Not Fraud, then the provider discontinues my medication before I could use it!*

YOUR VISIT TODAY SHOWED: You are seen in the emergency department for genital
warts.  You are prescribed a medication that you should apply topically to
the warts.  Please follow-up with your primary care physician.  Please return
to the ED if you experience worsening symptoms, fever, chills, difficulty
urinating.

    LABS:                              *C<ll the*

    IMAGES:

    OTHER:

WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT:

    PROCEDURES PERFORMED TODAY:

    MEDICATIONS GIVEN TODAY:

Note: If you received any sedating medications, muscle relaxers, or
narcotic medications today, please follow these instructions after your
Emergency Department visit:
**Do not stay alone for 24 hours, because the sedating effects may last
up to 24 hours. Someone should drive you home from the Emergency
Department.
**Do not operate machinery or perform heavy lifting, exercise, or sports
for 24 hours.
**Do not drink any alcoholic beverages for 24 hours.
**Do not make important personal or business decisions or sign any legal
documents for 24 hours.
If you are not sure if you received a sedating medication today, please
ask your physician or nurse before leaving.

PATIENT INSTRUCTIONS (follow instructions only if marked):

[X] Please note that today you received an emergency evaluation for
emergency medical issues. This does not replace a full evaluation with
your primary care provider (the doctor, physician assistant, or nurse
practitioner who takes care of your day-to-day health). It is important
that you follow up:

**If you are assigned to a PACT TEAM, your initial follow-up will be a
telephone call from your PACT team's nurse within one (1) week of your
emergency department visit. If you have not heard from your PACT team
within 1 week, call (202) 745-8247 to speak with advice line to help you
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
07/09/2025 11:12      ** CONTINUED FROM PREVIOUS PAGE **
```

schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact your non-VA primary care provider to schedule a follow-up visit within two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary care provider, call (202) 745-8577 TODAY to schedule a visit with the Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day (1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at any time, even though you were seen by an emergency provider and found to be safe to go home today. Should you feel worse or ill at any time, or if you have any concerns, please call 911 or return immediately to the emergency department. Specifically, you should come back if you experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face,arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge instructions. The instructions were also verbally reviewed with the patient and/or caretaker who verbalized understanding of these instructions.

IMPORTANT NUMBERS/INFORMATION:
              ** THIS NOTE CONTINUED ON NEXT PAGE **

```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN         WASHINGTON VA MEDICAL CENTER  Printed:07/09/2025 11:16
                                 Pt Loc: OUTPATIENT                  Vice SF 50°
--------------------------------------------------------------------------------
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
07/09/2025 11:12     ** CONTINUED FROM PREVIOUS PAGE **
```

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202) 745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202) 745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
   [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
   [b] DIAL 988 AND PRESS 1
   [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
   [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL).
TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM
AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING
FOR MYHEALTHEVET. REGISTER AT:
https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON
MYHEALTHEVET, YOU CAN ALSO:
     -REFILL YOUR VA PRESCRIPTIONS
     -KEEP TRACK OF UPCOMING APPOINTMENTS
     -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
     -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
   [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
   [b] call the Claims Status Line: 1 (877) 881-7618

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT
A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE
USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION,
EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
   [a] Telephone Number: (844)-72HRVHA (844-724-7842)
   [b] Email: VHAEmergencyNotification@va.gov
   [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

                    Signed by: /es/ ASHLEIGH OMOROGBE, MD
                               PHYSICIAN, EMERGENCY DEPARTMENT
                               07/09/2025 11:13

```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN      WASHINGTON VA MEDICAL CENTER  Printed:07/09/2025 11:
                              Pt Loc: OUTPATIENT                    Vice SF 5
--------------------------------------------------------------------------------
```

See Mr. Miller
at 10:00 am, on Thursday
office!

*Investigator Hency*

MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 07/10/2025 16:03
LOCAL TITLE: ·EMERGENCY DEPARTMENT PATIENT INSTRUCTIONS
STANDARD TITLE: EMERGENCY DEPT NOTE
VISIT: 07/10/2025 15:06 DC/EMERG DPMT MN
THIS FORM PROVIDES YOU WITH INFORMATION ABOUT YOUR EMERGENCY DEPARTMENT
VISIT TODAY AND WHAT TO DO NEXT. PLEASE KEEP THIS FORM AND TAKE IT WITH
YOU IN CASE YOU NEED FURTHER CARE.

YOUR DIAGNOSIS TODAY:penile papules        *, fraud, malpractice*

YOUR VISIT TODAY SHOWED: You have been evaluated in the Emergency Department
today for refill prescription for penile warts. In review of your chart,
dermatology diagnosed you with pearly penile papules and an infectious disease
referral was made. your prescription can not be refilled today. please follow up
with infectious disease for further evaluation and treatment.

Please follow up with your primary care physician and infectious disease within
two days.

Return to the Emergency Department if you experience chest pain, shortness of
breath, abdominal pain, redness to skin, swelling, drainage to papules,
abdominal pain, nauesa, vomiitng, fever or chills. .


    LABS:none

    IMAGES:none                                          *ID appointment*

    OTHER:none                                           *7/16/25.*

WHAT WAS DONE FOR YOU IN THE EMERGENCY DEPARTMENT:

    PROCEDURES PERFORMED TODAY:none

    MEDICATIONS GIVEN TODAY:none

Note: If you received any sedating medications, muscle relaxers, or
narcotic medications today, please follow these instructions after your
Emergency Department visit:
**Do not stay alone for 24 hours, because the sedating effects may last
up to 24 hours. Someone should drive you home from the Emergency
Department.
**Do not operate machinery or perform heavy lifting, exercise, or sports
for 24 hours.
**Do not drink any alcoholic beverages for 24 hours.
**Do not make important personal or business decisions or sign any legal
documents for 24 hours.
If you are not sure if you received a sedating medication today, please
ask your physician or nurse before leaving.

PATIENT INSTRUCTIONS (follow instructions only if marked):

[X] Please note that today you received an emergency evaluation for
emergency medical issues. This does not replace a full evaluation with
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------------
WALKER CHARLES KEVIN ██████ WASHINGTON VA MEDICAL CENTER  Printed:07/10/2025 16:15
                          Pt Loc: OUTPATIENT                      Vice SF 509
--------------------------------------------------------------------------------

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Notes
-------------------------------------------------------------------------------
07/10/2025 16:03    ** CONTINUED FROM PREVIOUS PAGE **              .
```

your primary care provider (the doctor, physician assistant, or nurse
practitioner who takes care of your day-to-day health). It is important
that you follow up:

**If you are assigned to a PACT TEAM, your initial follow-up will be a
telephone call from your PACT team's nurse within one (1) week of your
emergency department visit. If you have not heard from your PACT team
within 1 week, call (202) 745-8247 to speak with advice line to help you
schedule follow-up with your PACT team.

**If you are followed by a non-VA primary care provider: Please contact
your non-VA primary care provider to schedule a follow-up visit within
two (2) weeks.

**If you are NOT assigned to a PACT TEAM and without a non-VA primary
care provider, call (202) 745-8577 TODAY to schedule a visit with the
Veterans Affairs Primary Care service at the earliest availability.

[ ] Stop taking the following medications:

[ ] Start taking the following medications:

[ ] Drink liquids every day. Drink 6 to 8 cups of tea or water every day
(1 cup = 8 ounces).

[ ] Get your blood pressure rechecked by your primary care provider
within 2 weeks to make sure it is under control.

[ ] Follow up within 2 weeks with your primary care provider to discuss
the results of the following tests:

[X] RETURN PRECAUTIONS. Please understand that your health can change at
any time, even though you were seen by an emergency provider and found to
be safe to go home today. Should you feel worse or ill at any time, or
if you have any concerns, please call 911 or return immediately to the
emergency department. Specifically, you should come back if you
experience:
    -New or worsening chest pain
    -New or worsening trouble breathing
    -Passing out or feeling like you will lose consciousness
    -Thoughts of self-harm or thoughts of harming others
    -Vomiting to the point where you cannot keep any food or water down
    -Any symptoms of a stroke:
        -Sudden weakness or numbness in the face,arm, or leg
        -Sudden trouble speaking or difficulty understanding speech
        -Sudden trouble seeing
        -Sudden trouble walking
        -Sudden severe headache
    -Other:

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------------------------
WALKER,CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER  Printed:07/10/2025 16:15
                             Pt Loc: OUTPATIENT                   Vice SF 509
-------------------------------------------------------------------------------
```

---

MEDICAL RECORD                                                    Progress Notes

---

07/10/2025 16:03    ** CONTINUED FROM PREVIOUS PAGE **

[ ] Other Instructions and Return Precautions:

[X] The patient and/or caretaker have received a copy of these discharge
instructions. The instructions were also verbally reviewed with the
patient and/or caretaker who verbalized understanding of these
instructions.

IMPORTANT NUMBERS/INFORMATION:

-APPOINTMENT SCHEDULING/CANCELLATION (Patient Service Center): (202)
745-8577

-MEDICAL ADVICE OR TO OBTAIN TEST RESULTS (Nurse Advice Line): (202)
745-8247

-PHARMACY QUESTIONS: (202) 745-4046 -or- (888) 553-0242

-IF YOU NEED TO TALK TO SOMEONE OR ARE IN CRISIS AT ANY TIME, YOU CAN:
   [a] CALL THE VETERANS CRISIS LINE: 1-(800) 273-8255 AND PRESS 1.
   [b] DIAL 988 AND PRESS 1
   [c] CHAT ONLINE AT VeteransCrisisLine.net/Chat
   [d] TEXT 838255.

-YOU CAN SEND A SECURE MESSAGE TO YOUR DOCTOR (A PRIVATE, SECURE EMAIL).
TO SIGN UP, VISIT THE PATIENT TRANSITION AND CARE CENTER IN THE ATRIUM
AND ASK TO SIGN UP.

-YOU CAN SEE YOUR MEDICAL INFORMATION ONLINE AT ANY TIME BY REGISTERING
FOR MYHEALTHEVET. REGISTER AT:
https://www.myhealth.va.gov/mhv-portal-web/user-registration. ON
MYHEALTHEVET, YOU CAN ALSO:
     -REFILL YOUR VA PRESCRIPTIONS
     -KEEP TRACK OF UPCOMING APPOINTMENTS
     -SEND MESSAGES TO YOUR VA HEALTHCARE TEAM
     -VIEW, PRINT, OR DOWNLOAD A COPY OF YOUR VA MEDICAL RECORD INFORMATION

-IF YOU NEED TO CHECK YOUR CLAIM STATUS:
   [a] visit https://www.va.gov/COMMUNITYCARE/revenue_ops/claims_status.asp
   [b] call the Claims Status Line: 1 (877) 881-7618

-IF YOU WERE ADMITTED TO A NON-VETERANS AFFAIRS HOSPITAL, WERE TREATED AT
A NON-VETERANS AFFAIRS URGENT CARE CENTER OR EMERGENCY DEPARTMENT, PLEASE
USE ONE OF THE FOLLOWING METHODS TO REPORT YOUR HOSPITALIZATION,
EMERGENCY DEPARTMENT VISIT, OR URGENT CARE VISIT:
   [a] Telephone Number: (844)-72HRVHA (844-724-7842)
   [b] Email: VHAEmergencyNotification@va.gov
   [c] Emergency Care Reporting Portal:
https://emergencycarereporting.communitycare.va.gov

** THIS NOTE CONTINUED ON NEXT PAGE **

---

WALKER, CHARLES KEVIN       WASHINGTON VA MEDICAL CENTER  Printed:07/10/2025 16:15
                             Pt Loc: OUTPATIENT                     Vice SF 509

---

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
07/10/2025 16:03      ** CONTINUED FROM PREVIOUS PAGE **

                  Signed by: /es/ PATRICIA J ABBOTT, DNP
                             NURSE PRACTITIONER EMERGENCY DEPARTMENT
                             07/10/2025 16:11
```

```
--------------------------------------------------------------------------------
WALKER,CHARLES KEVIN        WASHINGTON VA MEDICAL CENTER  Printed:07/10/2025 16:15
███████████████████              Pt Loc: OUTPATIENT              Vice SF 509
--------------------------------------------------------------------------------
```